UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELHADJI NDIAYE | ) | |
| | ) | |
| v. | ) | NO. 3:07-0899 |
| | ) | JUDGE ECHOLS |
| OCB RESTAURANT COMPANY, LLC | ) | |

**O R D E R**

The Court has been advised that Defendant has filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the Northern District of Delaware. The Court having been duly notified, pursuant to 11 U.S.C. § 362, this case is hereby STAYED pending the bankruptcy proceedings of Plaintiff.

The Clerk is directed to close this action administratively. Upon application and notification to the Court that the parties are ready to resume proceedings in this Court, the action will be reopened.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE